IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PHILLIP KNOTT                                                    PLAINTIFF

v.                    CIVIL NO. 05-5042

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                DEFENDANT

**O R D E R**

On this 21st day of September 2006, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on August 28, 2006, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2,755.75, representing 18.04 hours of work at a rate of $150.00 per hour and $49.75 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                                                /S/JIMM LARRY HENDREN
                                                                JIMM LARRY HENDREN
                                                                UNITED STATES DISTRICT JUDGE